In the Matter of the Application of PETER B. STANTON, Respondent, for a Peremptory Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

PETER L. KENNEY et al., Appellants.

, *Matter of Stanton* v. *Craig*, 186 App. Div. 481, appeal dismissed.

(Argued April 8, 1919; decided April 22, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1919, which affirmed an order of Special Term denying a motion to vacate and set aside an order appointing a referee to take depositions. Respondent contended that the Court of Appeals had no jurisdiction to entertain the appeal for the reasons that the order sought to be reviewed was not a final order and that permission to appeal had not been obtained.

*William P. Burr, Corporation Counsel (Terence Farley* and *William E. C. Mayer* of counsel), for appellants.

*Douglas Mathewson* and *Henry H. Spitz* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.